Norman George
Name
P.O. Box 62
Mailing address
Akiachak, AK 99551
City, State, Zip
(907) 825-2110
Telephone

RECEIVED
JUL 16 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

NORMAN GEORGE,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Akiachak Native Community,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:18-CV-00167-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

# A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

# B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Norman George,
(print your name)

who presently resides at P.O. Box 62 Akiachak, AK 99551,
(mailing address)

were violated by the actions of the individual(s) named below.

Claim 1: On or about _7-26-14_, my civil right to
_due process_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by _Joette Berlin_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

As the Court has neglected to consider previous accusasions referring to facts as recitals than concluding to dismiss due to lack of substantial evidence leaving myself to question the quality of the investigation as all is held confidential citing the deficiancy of the language. To further recite as nessissary to tell the truth, there is substantial evidence providing nessissary information for any court to determine the depth of a claim where relief may be granted and further denial of this process is not acceptable to any extent where my rights are denyed. Referring to the case NO. 3:16-CV-00148-RRB, the extent of the investigation has not been revealed leaving the video evidence recorded by an officer to have played a part in making a decision or to have been neglected for unlawfull purposes but left with the question of what is substantial evidence?

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __X__ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): NORMAN GEORGE

Defendant(s): Akiachak Native Community

Name and location of court: US District Court - Alaska

Docket number: 3:16-CV-00148-RRB   Name of judge: Ralph R. Beistline

Approximate date case was filed: 8-5-16   Date of final decision: _____

Disposition:   __X__ Dismissed   __X__ Appealed   _____ Still pending

Issues Raised: Dismissed in its entirety without leave to amend

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____   Name of judge: _____

Approximate date case was filed: _____   Date of final decision: _____

Disposition:   _____ Dismissed   _____ Appealed   _____ Still pending

Issues Raised: _____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 1,999,000

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ 1,000,000

3. An order requiring defendant(s) to Appropriate the law accordingly

4. A declaration that Substantial evidence to be reconsidered

5. Other: Re-determine Juristictional malfunction

Plaintiff demands a trial by jury. _____ Yes __X__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at  Akiachak, Alaska  on  7-11-18
               (Location)                       (Date)

*Norman George*
(Plaintiff's Original Signature)

_____  _____
Original Signature of Attorney (if any)  (Date)

_____
_____
_____

Attorney's Address and Telephone Number